IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ATLANTIC CASUALTY
INSURANCE COMPANY                                                         PLAINTIFF

v.                                          Civil No. 16-cv-1022

CM SELLERS, LLC, *et al.*                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 5, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 8) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss (ECF No. 8) is **DENIED**.

**IT IS SO ORDERED**, this 28th day of April, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge