IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ATLANTIC CASUALTY INSURANCE
COMPANY                                                                                              PLAINTIFF

v.                                              Case No. 1:16-cv-1002

CM SELLERS, LLC; KYLER JOHNSON; and
POTLATCH LAND & LUMBER, LLC                                                          DEFENDANTS

## JUDGMENT

Before the Court are cross-motions for summary judgment filed by Plaintiff Atlantic Casualty Insurance Company (ECF No. 32) and Defendant Potlatch Land & Lumber, LLC (ECF No. 35). Responses have been filed. ECF Nos. 39, 42. The parties have filed replies. ECF Nos. 42, 45. The Court finds that these motions are ripe for the Court's consideration. For the reasons stated in the Memorandum Opinion of even date, the Court finds that Plaintiff's Motion for Summary Judgment (ECF No. 32) as it relates to the Policy's Exclusion of Injury to Employees, Contractors and Employees of Contractors endorsement should be and hereby is **GRANTED**. Further, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 35) as it relates to the Policy's Exclusion of Injury to Employees, Contractors and Employees of Contractors endorsement should be and hereby is **DENIED.**

**IT IS SO ORDERED**, on this 28th day of September, 2017.

                                                                                    /s/ Susan O. Hickey
                                                                                    Susan O. Hickey
                                                                                    United States District Judge